United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Uri Marrache, Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 19-23856-Civ-Scola |
| Bacardi U.S.A., Inc. and Winn-Dixie | ) | |
| Supermarkets, Inc., Defendants. | ) | |
| | ) | |

## **Judgment**

The Court has dismissed this case. (Order, ECF No. 43.) The Court now enters judgment in favor of the Defendant and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered** at Miami, Florida, on January 28, 2020.

_____
Robert N. Scola, Jr.
United States District Judge