**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

URI MARACCHE, individually and on
behalf of all others similarly situated,

        CASE NO.: 2019-023856-RNS

    Plaintiff,

v.

BACARDI U.S.A., a Delaware Corporation,
d/b/a THE BOMBAY SPIRITS COMPANY
U.S.A; and WINN-DIXIE
SUPERMARKETS, INC. d/b/a/ WINN-
DIXIE LIQUORS, a Florida Corporation

    Defendants.
_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that, pursuant to Rules 3 and 4, Federal Rules of Appellate Procedure, Uri Maracche, on his behalf and on behalf of all similarly situated, appeals to the United States Court of Appeals for the Eleventh Circuit from the Order and Final Judgment of this Court entered January 28, 2020 (See ECF No. 43 and 44).

CASE NO.:  2019-023856-RNS

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on February 20, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF and served on Marty Steinberg, Esq. marty.steinberg@hoganlovells.com; David Massey, Esq., david.massey@hoganlovells.com

*Attorneys for Plaintiff*

| | |
|---|---|
| **RONIEL RODRIGUEZ IV, P.A.**<br>12555 Biscayne Blvd.<br>Suite 915<br>North Miami, Florida 33181<br>305-773-4875 Dade/Direct<br>954-769-0919 Broward<br>305-600-1254 Monroe<br><br>By: /s/ *Roniel Rodriguez*<br>     Roniel Rodriguez IV<br>     Florida Bar No. 522787<br>     Email: Ron@RJRfirm.com<br>     Primary: Service@RJRfirm.com<br>     Secondary: Pleadings@RJRfirm.com | **BEIGHLEY, MYRICK, UDELL & LYNNE, P.A.**<br>150 West Flagler Street<br>Suite 1800<br>Miami Florida 33130<br>Telephone (305) 349-3930<br><br>By:     /s/ *Maury L. Udell*<br>     Maury L. Udell<br>     Florida Bar No. 121673<br>     Email: mudell@bmulaw.com<br>     Primary: notice66@bmulaw.com |